## PALMER v. JACKSON

[358 N.C. 373 (2004)]

MARIA TERESA PALMER, Guardian ad litem for J. CARMEN FUENTES, Employee v. W. BRENT JACKSON d/b/a JACKSON'S FARMING COMPANY, Employer, and COMPANION PROPERTY AND CASUALTY, Carrier

No. 336PA03

(Filed 7 May 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 157 N.C. App. 625, 579 S.E.2d 901 (2003), vacating and remanding orders entered 10 July and 24 July 2001 by Judge Russell J. Lanier, Jr., in Superior Court, Sampson County. Heard in the Supreme Court 16 March 2004.

*Roy Cooper, Attorney General, by Celia Grasty Lata, Special Deputy Attorney General, and Brent D. Kiziah, Assistant Attorney General, for The University of North Carolina Hospitals and The University of North Carolina Physicians & Associates, appellees.*

*White & Allen, P.A., by Thomas J. White, III; and The Bricio Law Firm, by Francisco J. Bricio, for White Law Offices, P.A., and Massengill & Bricio, P.L.L.C., appellees.*

*Morris York Williams Surles & Barringer, L.L.P., by John F. Morris and Keith B. Nichols, for defendant-appellants.*

*Ott Cone & Redpath, P.A., by Melanie M. Hamilton and Wendell H. Ott, on behalf of amici curiae health care providers.*

*Nelson Mullins Riley & Scarborough, L.L.P., by Joseph W. Eason, on behalf of the North Carolina Insurance Guaranty Association, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.